IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HANCOCK BANK**                                                            **PLAINTIFF**

V.                            CIVIL ACTION NO. 2:16-CV-108-KS-MTP

**WILLOW SPRINGS ENTERPRISES,
INC.**, *et al.*                                                **DEFENDANTS**

## ORDER

On February 10, 2017, Plaintiff filed a Motion for Attorney's Fees [19]. Defendants shall respond on or before **February 24, 2017.** FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). If Plaintiff wants to file a reply, it may do so within seven days of the filing of Defendants' response, but no later than **March 3, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendants' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If anyone wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the ___13th___ day of February, 2017.

                                                          ___s/Keith Starrett_____
                                                          UNITED STATES DISTRICT JUDGE