IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HANCOCK BANK**                                                                      **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 2:16-CV-108-KS-MTP**

**WILLOW SPRINGS ENTERPRISES,**
**INC.,** *et al.*                                                                       **DEFENDANTS**

### ORDER

The Court entered a Final Judgment [18] in Plaintiff's favor on February 8, 2017. Two days later, Plaintiff filed a Motion for Attorney's Fees [19], asking the Court to award it $24,642.50 in attorney's fees, pursuant to the Court's earlier finding [15] that Plaintiff was entitled to recoup from Defendants its attorney's fees and costs in enforcing the subject Notes and Guaranties. The Court ordered [21] Defendants to respond to the motion on or before February 24, 2017.

Defendants did not respond as ordered or otherwise object to the amount requested in attorney's fees. Therefore, the Court **grants** the fee request as unopposed and awards Plaintiff $24,642.50 in attorney's fees.

SO ORDERED AND ADJUDGED, on this, the   28th   day of February, 2017.

                                                           s/ Keith Starrett
                                                    UNITED STATES DISTRICT JUDGE